100 A.3d 570

Michael BULLOCK, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Kimberly A. Barkley, Board Secretary, (In Her Official and Personal Capacity), Office of the Secretary, 1101 S. Front Street, Harrisburg, PA 17104–2519, Respondents.

No. 96 EM 2014.

Supreme Court of Pennsylvania.

Sept. 16, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2014, the Application for Leave To File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED.**

100 A.3d 570

Robert FELDER, Petitioner

v.

The PHILADELPHIA COURT OF COMMON PLEAS, Respondent.

No. 87 EM 2014.

Supreme Court of Pennsylvania.

Sept. 16, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2014, the "Application to Enforce Order of Appellate Court," treated as an Application for Relief, is **DENIED.**